UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAWN IHNKEN

        Plaintiff,

vs.

JACK PARKER, SHERIFF OF BREVARD
COUNTY, FLORIDA,

        Defendant,
_____/

CASE NO.: 6:11-cv-01369-Orl-28DAB

## JOINT STIPULATION FOR DISMISSAL

Plaintiff DAWN IHNKEN and Defendant JACK PARKER, SHERIFF OF BREVARD COUNTY, FLORIDA have amicably resolved this matter between them and voluntarily agree to dismiss with prejudice this action, including all claims and counterclaims, if any, that were or could have been asserted by any of the parties to this cause. The parties agree that each of them shall bear their respective attorneys' fees and costs arising from and related to this matter.

| HALIFAX LAW GROUP | ALLEN, NORTON, & BLUE, P.A. |
|---|---|
| BY:/s/ K. Judith Lane | BY _____ For |
| K. JUDITH LANE | R.W. EVANS |
| Florida Bar No. 0987484 | Florida Bar No. 198862 |
| Post Office Box 9357 | BONA M. KIM |
| Daytona Beach, FL 32115-5200 | Florida Bar No. 0017354 |
| Telephone: (386) 492-4880 | 1477 W. Fairbanks Ave., Suite 100 |
| Facsimile: (386) 492-6051 | Winter Park, FL 32789 |
| ATTORNEYS FOR PLAINTIFF | Telephone: (407) 571-2152 |
| | Facsimile: (407) 571-1496 |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                HALIFAX LAW GROUP

                By:/s/ K. Judith Lane
                   K. JUDITH LANE
                   Florida Bar No: 0987484
                   Post Office Box 9357
                   Daytona Beach, FL 32120-9357
                   Phone: 386-492-4880
                   Fax: 386-492-6051
                *ATTORNEY FOR PLAINTIFF*